IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-324-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STANLEY SIMS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The United States and Probation MUST respond to defendant's motion for early termination of supervised release [D.E. 40] not later than April 17, 2026.

SO ORDERED. This _3_ day of March, 2026.

JAMES C. DEVER III
United States District Judge