| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| STANLEY SIMS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The court has considered defendant's motion for early termination of supervised release under the governing standard. <u>See</u> 18 U.S.C. § 3583(e)(1). Defendant's performance on supervised release over the last year does not outweigh his poor start on supervision, the serious nature of his offenses of conviction, his abysmal criminal history, and the need to protect the public. <u>See</u> [D.E. 43] 3-5; Presentence Investigation Report [D.E. 23] ¶¶ 9-16, 21-30. Thus, the court DENIES defendant's motion for early termination of supervised release [D.E. 40].

SO ORDERED. This 12 day of May, 2026.

_____
JAMES C. DEVER III
United States District Judge